IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12907-X  ; 21-11535 -X

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLIFFORD LAINES, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

Attorney Ta'Ronce Stowes has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Ta'Ronce Stowes is GRANTED leave to

appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION